UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMERICAN BUSINESS FINANCIAL SERVICES, INC. SECURITIES LITIGATION

This Document Relates To:
All Actions

MASTER FILE NO. 04-0265

FILED
AUG 15 2005
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

**PROPOSED ORDER**

AND NOW, this 15 day of Aug, 2005, upon consideration of the Defendants' Motion to Certify Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the following reasons:

(1) As to Defendants Anthony J. Santilli, Richard Kaufman, and Albert W. Mandia, this Court's Memorandum and Order of June 2, 2005, granting the Defendants' Motion to Dismiss all claims against these individuals constitutes a final order within the meaning of Fed. R. Civ. P. 54(b).

(2) There is no just cause for delay of entry of such an order as to the individual Defendants. There are no counterclaims pending in this action, and the Plaintiffs declined the Court's invitation to amend the dismissed Complaint. See Docket Entry No. 31, Memorandum and Order of June 2, 2005 (hereinafter, "June 2 Order"). The claims that remain against Defendant American Business Financial Services, Inc. ("ABFS") are subject to an automatic stay pursuant to Section 362 of the Bankruptcy Code. See 11 U.S.C. § 362 (1998); June 2 Order at 2.

There is no just cause for delaying a final order as to these remaining claims.

Accordingly, judgment is hereby entered in favor of the individual Defendants, Anthony J. Santilli, Richard Kaufman, and Albert W. Mandia, and against Plaintiffs.

BY THE COURT:

[signature]

Thomas N. O'Neill, Jr.
United States District Court Judge

Xcm:
Nelson
Baisinger
Check
Pohlmann
Ryan
Andracchio
Sonnenfeld
Henzel
Abedov
Manierka
Glynn
Lerach